

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2015

No. 04-15-00402-CR

**EX PARTE** Jerry Lee **EDWARDS**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
     Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice

On October 19, 2015, relator filed a second supplemental petition for writ of habeas corpus. The original pro petition was filed in this court on July 2, 2015, followed by a supplemental petition on September 11, 2015. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's second supplemental petition is also DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 28, 2015.

PER CURIAM

ATTESTED TO: _____
      Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013CR9303, styled *The State of Texas v. Jerry Lee Edwards*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.